# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JEFFREY L. MERRELL,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CV74 |
| | ) | |
| V. | ) | |
| | ) | |
| **DOUGLAS COUNTY, NEBRASKA,** | ) | ORDER |
| **JEFFERY NEWTON, BARBARA** | ) | |
| **GLAZER, WAYNE LOVETT, JOHN** | ) | |
| **SKANES, MICHAEL MYERS, JOHN** | ) | |
| **DOES 1-50, and JANE DOES 1-50,** | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the Court on Plaintiff's Unopposed Motion for Leave to Amend and to Extend Time (filing 61). The motion will be granted.

Accordingly,

**IT IS ORDERED:**

1. Plaintiff's Unopposed Motion for Leave to Amend and to Extend Time (filing 61) is granted.

2. Plaintiff shall file his Amended Complaint by or before March 11, 2013.

3. Defendants shall answer the Amended Complaint by or before April 1, 2013.

4. Motions for summary judgment shall be filed no later than May 13, 2013.

**DATED March 6, 2013.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**